IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SALVADOR JIMENEZ<br>TDCJ #0870962,<br><br>    Plaintiff,<br><br>v.<br><br>TDCJ-CID DIRECTOR,<br><br>    Defendant. | 2:17-CV-139-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the Complaint pursuant to 42 U.S.C. Section 1983 filed by Plaintiff. ECF No. 105. No objections to the findings, conclusions, and recommendation have been filed, but Plaintiff did file a late response to Defendant's Motion for Summary Judgment ("Response") (ECF No. 106). After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. The Response also does not demonstrate exhaustion of administrative remedies.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the Defendant's Motion for Summary Judgment is hereby **GRANTED** and this case is **DISMISSED** without prejudice.

**SO ORDERED.**

March 18, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE